# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN CHRISTOPHER GAZLAY,

    Petitioner,

vs.

DOUGLAS C. GILLESPIE, et al.,

    Respondents.

Case No. 2:14-cv-00184-APG-GWF

**ORDER**

    Petitioner has paid the filing fee. The court has reviewed his pre-trial petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and the court denies the petition.

    At the time petitioner commenced this action, he was a pre-trial detainee in the Clark County Detention Center. In ground 1, he claims that he is being denied pre-trial bail in violation of the Eighth Amendment. In ground 2, he claims that the denial of pre-trial bail violates the Fourteenth Amendment's guarantee of due process. The court takes judicial notice of the docket of the Eighth Judicial District Court of the State of Nevada in *State v. Gazlay*, No. C-13-291842-1.[1] The court also takes judicial notice of the docket of the Nevada Supreme Court in *Gazlay v. State*, No. 66105.[2] On June 27, 2014, the state district court entered a judgment of conviction against petitioner. On July 16, 2014, petitioner filed a notice of appeal in the state district court, and the

---

[1] https://www.clarkcountycourts.us/Anonymous/CaseDetail.aspx?CaseID=11103346 (report generated August 8, 2014).

[2] http://caseinfo.nvsupremecourt.us/public/caseView.do?csIID=34302 (report generated August 8, 2014).

1  Nevada Supreme Court received it on July 18, 2014.  The direct appeal now is pending in the
2  Nevada Supreme Court.  Petitioner's grounds regarding the denial of pre-trial bail now are moot
3  because he has been convicted, and the court cannot grant him any relief.  *Murphy v. Hunt*, 455 U.S.
4  478, 481-82 (1982).

5       To appeal the denial of a petition for a writ of habeas corpus, Petitioner must obtain a
6  certificate of appealability, after making a "substantial showing of the denial of a constitutional
7  right."  28 U.S.C. §2253(c).

> Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy §2253(c) is straightforward:  The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.

*Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also James v. Giles*, 221 F.3d 1074, 1077-79 (9th Cir. 2000).  Reasonable jurists would not find this court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

     **IT IS THEREFORE ORDERED** that the clerk of the court file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     **IT IS FURTHER ORDERED** that the the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.  The clerk of the court shall enter judgment accordingly.

     **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 11, 2014.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE